UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Parkwood Hospitality, LLC | § | Case No.: 11-14863 |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to the Local Rules of the United States Bankruptcy Court for the Western District of Oklahoma, and the General Order adopted by the Court on August 17, 2005, this motion seeks to have Leib M. Lerner admitted pro hac vice to the bar of this Court for the purpose of representing Holiday Hospitality Franchising, Inc. in the instant matter. In support of this motion, attached is the completed Request for Admission Pro Hac Vice Form promulgated by the U.S. District Court for the Western District of Oklahoma.

DATED: October 6, 2011

Respectfully submitted,

   /s/ Jay G. Israel
Jay G. Israel (SBN 4563)
ISRAEL & ISRAEL
401 N. Hudson
Oklahoma, OK 73102
Telephone: (405) 815-9997
Facsimile: (405) 815-9987
Email: jisrael@issylaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: Parkwood Hospitality, LLC,                        )
                                                         )
                          Debtor                         )
                                                         )
                                                         )
vs.                                                      )    Case No. 11-14863
                         Plaintiff(s)                    )
                                                         )
                                                         )
                                                         )
                                                         )
                         Defendant(s)                    )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1.    Full name: Leib M. Lerner

2.    State bar membership number: CA 227323

3.    Business address, telephone and fax numbers:
      Alston & Bird LLP
      333 S. Hope St.
      16th Floor
      Los Angeles, CA 90071

4.    List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
      State of California; United States District Court for the Central, Northern, Southern, and Eastern Districts of California; Court of Appeals - 9th Circuit; District of Columbia; United States District Court for the Central District of Illinois; and Commonwealth of Pennsylvania.

5.    Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?       ☐ Yes   ☑ No

6.    Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?       ☐ Yes   ☑ No
      (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.    Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?       ☑ Yes   ☐ No

      A check for $50 should be made payable to the U.S. District Court Clerk.
      (United States Government Attorneys are exempted from paying this fee.)

      DATED this ___4th___ day of _October 2011_

                                                         _____
005/rvsd 06-04                                           Signature of Applicant

CERTIFICATE OF SERVICE


The undersigned hereby certifies that on this 6th day of October, 2011, a true and correct copy of the foregoing document was served via U.S. mail, postage prepaid to the parties appearing on the attached Matrix.




_/s/ Jay G. Israel_____
Jay G. Israel

Dated:   October 6, 2011

Label Matrix for local noticing
1087-5
Case 11-14863
Western District of Oklahoma
Oklahoma City
Tue Oct  4 19:05:46 CDT 2011

City of Frisco
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street Ste 1600
Dallas, TX 75201-2644

City of Frisco, Texas
c/o Jack S. Dawson, Esq.
100  Park Avenue
Second Floor
Oklahoma City, OK 73102-8006

Parkwood Hospitality, LLC
POB 1546
Duncan, OK 73534-1546

United Central Bank

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3440

A to T Lamps
730 Valley Ridge Circle
Lewisville TX 75057-3307

All Team Staffing, Inc.
PO Box 677373
Dallas TX 75267-7373

Aramedia Plumbing Heating & Air
PO Box 560961
The Colony TX 75056-0961

Bawa Dhillon
2000 Bridget Marie Drive
Modesto CA 95351-4540

Billy Crutchfield, dba Mr. Plumber
PO Box 792
Gunter TX 75058-0792

Bradford Management Co
2006 N Highway 360
Grand Prairie TX 75050-1423

Cintas
97627 Eagle Way
Chicago IL 60678-9760

City of Frisco
6101 Frisco Square Blvd.
Frisco TX 75034-9991

City of Frisco
Linebarger Goggan Blair & Sampson,LLP
c/o Elizabeth Weller
2323 Bryan Street Suite 1600
Dallas, TX 75201-2644

Collin County Central Appraisal District
250 West El Dorado Parkway
McKinney TX 75069-8023

Commerical Lighting Supply
PO Box 65675
Salt Lake City UT 84165-0675

Ecolab, Inc
PO Box 73043
Chicago IL 60673-0343

Employer's Assurance Company
POB 71088
Charlotte NC 28272-1088

FedEX Express Services
PO Box 660481
Dallas TX 75266-0481

HD Supply Facilities Maintenance
3821 Juniper Trace
Suite 108
Austin TX 78738-5514

Hagar Restaurant Services LLC
1229 West Main Street
Oklahoma City OK 73106-7800

Harminder S. Dhillon
1726 Lake Avenue
Storm Lake IA 50588-7647

Harwant Dhillon
5125 Brandywine Lane
Frisco TX 75034-2243

Internal Revenue Service
POB 7346
Philadelphia PA 19101-7346

Jagmohan Dhillon
3400 Parkwood Boulevard
Frisco TX 75034-1968

Jones, Allen & Fuquay
8828 Greenville Avenue
Dallas TX 75243-7143

Koetter Fire Protection, LLC
10351 Olympic Drive
Dallas TX 75220-4437

Kone Inc
PO BOx 429
Moline IL 61266-0429

Lawton Commerical Services
1500 Central Expressway
Suite 300
McKinney TX 75070-3863

Lawton Commerical Services
500 Central Expressway
Suite 300
McKinney TX 75070-3526

Lodgenet Interactive Corporation
3900 West Innovation Street
Sioux Falls SD 57107-7002

Monster Worldwide, Inc.
3 Golf Road
Suite 352
Hoffman Estates IL 60169-4601


Morrison Supply Company
311 E Vickery Blvd
Fort Worth TX 76104-1385

Mr Plumber
PO Box 758
320 N Travis Street
Suite 207
Sherman TX 75090-5998

Northern Leasing Company
PO Box 2528
Sioux Falls SD 57101-2528


Plasticard Locktech International
P O Sweeten Creek Industrial Park
Asheville NC   28803

Plasticard Locktech International
PO Sweeten Creek Industrial Park
Asheville NC 28803

Property Tax Lending, LP
17950 Preston Road
Suite 650
Dallas TX 75252-4605


Robert's Pool Service Inc.
455 South Railroad Street
Lewisville TX 75057-4148

Rooms Unlimited
747 Bloomfield Avenue West
Caldwell NJ 07006-6701

Signs Manufacturing Corporation
4550 Mint Way
Dallas TX 75236-2014


Simplex Grinnell
10320 Plalatine
Department CH
Palatine IL 60055-0320

State Chemical Solutions
3100 Hamilton Ave
Cleveland OH 44114-3783

State of Texas Controller
POB 149359
Austin TX 78714-9359


Superior Striping Service, Inc.
2010 S Houston School Road
Lancaster TX 75146-3931

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3440

UPS
PO Box 361684
Columbus OH 43236-1684


United Central Bank
955 West 175th Street
Homewood IL 60430-2028

VFM Leonardo
PO Box 311116
Detroit MI 48231-1116

Versacor Enterprise LLC
8528 Davis Blvd
#134-102 N.
Richland Hills TX 76182-8367


VingCard Elsafe
631 International Parkway
Suite 100
Richardson TX 75081-6623

Andrew R Chilson
Phillips Murrah PC
Corporate Tower, Thirteenth Floor
101 N Robinson Ave
Oklahoma City, OK 73102-5504

Robert J. Haupt
Phillips Murrah P.C.
Corporate Tower, 13th Floor
101 N. Robinson
Oklahoma City, OK 73102-5504


William H. Hoch  III
Crowe & Dunlevy
20 North Broadway
Suite 1800
Oklahoma City, OK 73102-9213


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Texas Comptroller of Public Accounts          (u)Internal Revenue Service

End of Label Matrix
Mailable recipients     54
Bypassed recipients      2
Total                   56