# Parkwood Plan of Reorganization Payment Chart

| CLASS | CREDITOR | LIABILITIES | PLAN TREATMENT FOR CLASS | MONTHLY PAYMENT | TOTAL PAYMENT | CLAIM / SCHEDULE |
|---|---|---|---|---|---|---|
| | **PRIORITY** | | | | | |
| | Priority Administrative Claims allowed under Bankruptcy Code § 507(a)(2). Not an impaired class. | | | | | |
| | Priority Tax Claims under Bankruptcy Code § 507(a)(8). The Internal Revenue Service. Impaired class. | $ 87,786.35 | 100% payment; 4% (54) | $ 1,779.07 | $ 96,069.78 | POC #2 |
| | Priority Tax Claims under Bankruptcy Code § 507(a)(8). The City of Frisco. Impaired class. | $ 16,028.55 | 100% payment; 4% (54) | $ 324.83 | $ 17,540.82 | POC #4 |
| | Priority Tax Claims under Bankruptcy Code § 507(a)(8). The State of Texas Controller. Impaired class. | $ 13,916.13 | 100% payment; 4% (54) | $ 282.02 | $ 15,229.08 | |
| | **TOTAL PRIORITY** | $ 117,731.03 | | $ 2,385.92 | $ 128,839.68 | |
| | | | | | | |
| | **SECURED** | | | | | |
| 1 | Secured Claim of Property Tax Lending. This is an impaired class. | $ 267,677.25 | 60 months; amortized at 6% interest | $ 5,174.95 | $ 310,497.00 | POC # 12 |
| 2 | Collin County Appraisal District | $79,142.24 | 54 months: amortized at 4% interest | $ 1,457.52 | $ 87,451.20 | |
| 3 | Secured Claim of United Central Bank. This is an impaired class. | $ 6,503,180.51 | 300 months: amortized at 6% interest; 6 yr. balloon | $ 41,900.08 | $3,016,805.76 | |
| 4 | Secured Claim of Maluk Dhami. This is an impaired class. | $ 12,000.00 | 60 months: amortized at 4% interest | $ 221.00 | $ 13,260.00 | |
| | **TOTAL SECURED** | $ 6,862,000.00 | | $ 47,418.99 | $3,347,940.36 | |
| | | | | | | |
| | **UNSECURED PORTION OF SECURED CLAIMS (Deficiency Claims)** | | | | | |
| 5 | Unsecured Claim of United Central Bank. This is an impaired class. | $ 7,429,148.17 | 60 months; 7% of unsecured claim. | $ 8,667.34 | $ 520,040.37 | |
| 5 | Unsecured Claim of Billy Crutchfield, dba Mr. Plumber. This is an impaired class. | $ 909.30 | 60 months; 7% of unsecured claim. | $ 1.06 | $ 63.65 | |
| 5 | Unsecured Claim of Employer's Assurance Company. This is an impaired class. | $ 14,612.00 | 60 months; 7% of unsecured claim. | $ 17.05 | $ 1,022.84 | POC # 11 |
| 5 | Unsecured Claim of Lawton Commercial Services. This is an impaired class. | $ 14,504.16 | 60 months; 7% of unsecured claim. | $ 16.92 | $ 1,015.29 | |
| 5 | Unsecured Claim of Morrison Supply Company. This is an impaired class. | $ 5,513.78 | 60 months; 7% of unsecured claim. | $ 6.43 | $ 385.96 | |
| | **TOTAL UNSECURED PORTION OF SECURED CLAIMS** | $ 7,464,687.41 | | $ 8,708.80 | $ 522,528.12 | |
| | | | | | | |
| | **UNSECURED ORDINARY COURSE CLAIMS** | | | | | |
| 6 | Lodgenet Interactive | $ 133,857.63 | 60 months; 7% of unsecured claim. | $ 156.17 | $ 9,370.03 | POC #7 |
| | **UNSECURED CONVENIENCE CLASS CLAIMS** | | | | | |
| 7 | A to T Lamps | $ 991.60 | Pd w/i 60 days of Effective Date; 7% of unsecured claim | | $ 69.41 | |
| 7 | All Team Staffing | $ 244.80 | | | $ 17.14 | |
| 7 | Aramedia Plumbing and Air | $ 1,611.27 | | | $ 112.79 | POC #13 |
| 7 | Bradford Management Co. | $ 2,211.32 | | | $ 154.79 | |
| 7 | Cintas | $ 4,587.23 | | | $ 321.11 | |
| 7 | Commercial Lighting | $ 408.60 | | | $ 28.60 | |
| 7 | Ecolab, Inc. | $ 237.96 | | | $ 16.66 | |
| 7 | FedEx | $ 82.54 | | | $ 5.78 | |
| 7 | Hagar Restaurant Services LLC | $ 1,943.41 | | | $ 136.04 | POC #1 |
| 7 | HD Supply Facilities Maintenance | $ 8,379.13 | | | $ 586.54 | |
| 7 | Koetter Fire Protection | $ 13,374.08 | | | $ 936.19 | POC # 6 |
| 7 | Kone, Inc. | $ 7,273.00 | | | $ 509.11 | POC #10 |
| 7 | Monster Worldwide | $ 1,675.00 | | | $ 117.25 | |
| 7 | Mr. Plumber | $ 909.30 | | | $ 63.65 | |
| 7 | Northern Leasing Company | $ 355.56 | | | $ 24.89 | |
| 7 | Plasticard Locktech International | $ 112.43 | | | $ 7.87 | POC #3 |
| 7 | Robert's Pool Service Inc. | $ 2,103.03 | | | $ 147.21 | |

**Exhibit 1**

## Parkwood Plan of Reorganization Payment Chart

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Rooms Unlimited | $ 507.30 | | | $ 35.51 | |
| 7 | Signs Manufacturing Corporation | $ 433.00 | | | $ 30.31 | |
| 7 | Simplex Grinnell | $ 497.00 | | | $ 34.79 | |
| 7 | State Chemical | $ 2,468.71 | | | $ 172.81 | |
| 7 | Superior Striping | $ 1,368.28 | | | $ 95.78 | POC #5 |
| 7 | UPS | $ 25.02 | | | $ 1.75 | |
| 7 | Versacor Enterprise | $ 1,383.43 | | | $ 96.84 | |
| 7 | VFM Leonardo | $ 76.25 | | | $ 5.34 | |
| 7 | VingCard Elsafe | $ 56.98 | | | $ 3.99 | |
| | TOTAL UNSECURED CONVENIENCE CLASS CLAIMS | $ 53,316.23 | | | $ 3,732.14 | |
| | TOTAL UNSECURED | $ 187,173.86 | | | | |
| | TOTAL MONTHLY PAYMENTS | | | $ 58,669.88 | | |

Exhibit 1