

**Dated: November 15, 2011, 11:13**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PARKWOOD HOSPITALITY, LLC | ) | Case No. 11-14863 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

### ORDER GRANTING UNITED CENTRAL BANK'S
### MOTION FOR RELIEF FROM STAY

This matter comes on for consideration based on the Motion for Relief from Stay and Brief in Support [Dkt. 34] (the "Motion") filed by United Central Bank ("UCB"). The Court has reviewed the Motion and all responsive pleadings and has considered the statements of counsel and the evidence adduced at the hearing held on October 19, 2011.

Based on the findings of fact and conclusions of law stated on the record at the hearing held on November 9, 2011, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED THAT the Motion is GRANTED and the automatic stay imposed by §362 of the Bankruptcy Code is terminated.

APPROVED BY:

/s/*Judy Hamilton. Morse*
Judy Hamilton Morse, OBA #6450
Of the Firm
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102
judy.morse@crowedunlevy.com
ATTORNEY FOR UNITED CENTRAL BANK


/s/ Robert J. Haupt
Robert J. Haupt, OBA No. 18940
Andrew R. Chilson, OBA No. 30040
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma  73102
rjhaupt@phillipsmurrah.com
archilson@phillipsmurrah.com
ATTORNEYS FOR DEBTOR