**Dated: March 23, 2012,  12:00 PM**

**The following is ORDERED:**



*T.M. Weaver*
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PARKWOOD HOSPITALITY, LLC, | ) | CASE NO. 11-14863-WV |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

This matter came on for hearing on March 21, 2012, on the motion for relief from stay [dkt. #159] (the "Stay Motion) filed by creditor, Holiday Hospitality Franchising, Inc. ("HHFI"), the debtor's response in objection thereto [dkt. #160], and HHFI's reply [dkt. #165] . At the conclusion of the hearing, the court announced its ruling on the Stay Motion. For the reasons stated on the record in open court, the court hereby GRANTS the Stay Motion and furthers ORDERS that the stay provided by virtue of FED. R. BANKR. P. 4001(a)(3) does not apply to this order.

IT IS SO ORDERED.

# # #

H:\OPINIONS\2012\parkwood hospitality-hhfi-stay motion.wpd